# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Renee Solofra

                        Plaintiff,

v.                                            Case No.: 1:25−cv−11607
                                                         Honorable John Robert Blakey

American Airlines, Inc

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

        MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's motion to extend time [9] and strikes the 10/29/25 Notice of Motion date. Defendant shall respond to the complaint by 11/19/25, and the parties shall file their initial status report by 11/26/25, using the model template set forth in this Court's standing order regarding Initial (or Reassignment) Status Conferences. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.